# United States District Court
# For The Western District of North Carolina
# Charlotte Division

David A. Ashby,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:05-cv-475

Eckerd Pharmacy/Brooks Pharmacy, LLC, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/29/2007 Order.

Signed: October 29, 2007

Frank G. Johns, Clerk
United States District Court